## TAYLOR v. THE STATE.

ATKINSON, Presiding Justice. The Supreme Court of the United States having reversed the decision and judgment of this court (*Taylor* v. *State*, 191 *Ga.* 682, 13 S. E. 2d, 647), affirming the judgment of the trial court, it is hereby ordered that such decision and judgment of this court be vacated, and that the judgment of the superior court of Wilkerson County be Reversed. *All the Justices concur.*